

Thursday, September 11, 2014

No. 14–0166/AF. U.S. v. Brittany N. Olson. CCA S32034. Review granted on the following issue:

WHETHER THE MILITARY JUDGE ERRED BY DENYING THE DE-FENSE'S MOTION TO SUPPRESS THE EVIDENCE SEIZED FROM APPELLANT'S HOUSE BECAUSE THE TOTALITY OF THE CIRCUM-STANCES INDICATED THAT APPELLANT'S CONSENT TO SEARCH WAS INVOLUNTARY.

Briefs will be filed under Rule 25.

No. 14–0495/AR. U.S. v. Matthew R. Adams, Jr. CCA 20110503. Review granted on the following issue:

WHETHER THE ARMY COURT OF CRIMINAL APPEALS ERRED IN FINDING THAT THE MILITARY JUDGE DID NOT ABUSE HIS DIS-CRETION IN ADMITTING THE PORTION OF APPELLANT'S SWORN STATEMENT REGARDING THE [THEFT] OF COCAINE BECAUSE THE GOVERNMENT FAILED TO CORROBORATE, IN ACCORDANCE WITH MILITARY RULE OF EVIDENCE 304(g), THE ESSENTIAL FACT THAT APPELLANT TOOK COCAINE.

Briefs will be filed under Rule 25.

No. 14–0524/MC. U.S. v. Troy B. Norman. CCA 201300152. Review granted on the following issue:

WHETHER THE CONVICTION FOR CHILD ENDANGERMENT BY CULPABLE NEGLIGENCE IS LEGALLY INSUFFICIENT WHEN

THE ONLY TESTIMONY OFFERED TO PROVE ITS SERVICE DISCREDITING NATURE WAS ADMITTED IN ERROR.

Briefs will be filed under Rule 25.

No. 14–0409/AF. U.S. v. Stephan H. Claxton. CCA 38188. Appellant's motion to supplement the record is granted.

No. 14–0784/NA. U.S. v. Anthony L. Evans. CCA 201300174. Appellant's *second* motion to extend time to file the supplement to the petition for grant of review granted, *up to and including September 23, 2014,* and *absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 15–0024/MC. U.S. v. Ian R. Dunton. CCA 201300148. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to September 30, 2014.

No. 15–0028/AF. U.S. v. Keith A. Wade. CCA 38332. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 1, 2014.